THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Ricky Albert Gambrell, Appellant.
 
 
 
 
 

Appeal From Abbeville County
 Alexander S. Macaulay, Circuit Court
Judge

Unpublished Opinion No.  2010-UP-539  
 Submitted November 1, 2010  Filed
December 16, 2010

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant of
 Columbia for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Jerry W. Peace of Greenwood,
 for Respondent.
 
 
 

PER CURIAM: Ricky Albert Gambrell appeals his
 conviction for resisting arrest with a deadly weapon.  On appeal, Gambrell
 argues the trial court erred denying his motion for a directed verdict.  After
 a thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.
THOMAS,
 PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.